**Hedstrom-Schenck Coal Company, appellee, v. Wickhan & Burton Coal Company, appellant. Gen. No. 29,222.**

Action for breach of contract to deliver coal. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

Maclay Hoyne and Grover C. Niemeyer, for appellant. McKinney, Lynde & Grear, for appellee; Nicholas W. Hacker and Joseph M. Larimer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.